```
                    UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
                           WESTERN DIVISION
```

EDDIE PARKER                                                    PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:07cv212-DCB-JMR

CLAIBORNE COUNTY MISSISSIPPI and
CLAIBORNE COUNTY FIRE DEPARTMENT                                DEFENDANTS

## **FINAL JUDGMENT**

This cause having come before the Court on defendants' Motion for Summary Judgment [**docket entry no. 44**], and the Court having granted summary judgment as to all of the plaintiff's claims, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 7th day of January 2009.


                                    s/ David Bramlette
                                **UNITED STATES DISTRICT JUDGE**